IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30801
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TONY BENNETT DEWITT,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-50082-5
--------------------
March 16, 2001

Before SMITH, BENAVIDES, and DENNIS Circuit Judges.

PER CURIAM:[*]

    Billy J. Guin, Jr., the attorney appointed to represent Tony Bennett DeWitt in his direct criminal appeal, has filed a motion for leave to withdraw as counsel.  Guin has also filed a brief as is required by Anders v. California, 386 U.S. 738 (1967).  DeWitt has not filed a response to counsel's motion to withdraw.

    Our independent review of the brief filed by counsel and of the record reveals no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED,

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

IT IS FURTHER ORDERED that DeWitt's appeal, No. 00-30801, be SEVERED from his codefendants' appeals filed under numbers 00-30864, 00-30958, and 00-31146.

APPEALS SEVERED; MOTION TO WITHDRAW AS COUNSEL GRANTED; APPEAL DISMISSED.